U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 2 5 2007

ROBERT H. SH___, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 93-CR-20046-2 |
| VS. | : | JUDGE TRIMBLE |
| FRANCISCO B. LOPEZ | : | MAGISTRATE JUDGE WILSON |

## ORDER

Bfore the Court is a "Motion under Title 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Movant's Sentence" (doc. #521) filed by petitioner, Francisco B. Lopez. The Court has reviewed the motion and is of the opinion that this matter should be referred to the United States Attorney for a response. Accordingly,

**THE CLERK IS DIRECTED** to serve a copy of the motion with attachments and a copy of this Order on the United States Attorney for the Western District of Louisiana.

**THE CLERK IS FURTHER DIRECTED** to serve Petitioner with a copy of this order.

**IT IS ORDERED** that the government file a response pertaining to Petitioner's motion within sixty (60) days of this order. Petitioner shall have twenty (20) days to file a reply.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 25th day of January, 2007.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE